# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK W. CUTLER, | ) |
| Plaintiff, | ) 3:15-cv-00199-RCJ-VPC |
| vs. | ) |
| ISIDRO BACA et al., | ) **ORDER** |
| Defendants. | ) |

This Court dismissed the Complaint upon screening, without leave to amend, finding that Plaintiff in alleged medical malpractice, not cruel and unusual punishment. The Court of Appeals has asked the Court to determine whether *in forma pauperis* status should continue on appeal. *See* 28 U.S.C. § 1915(a)(3); *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

## CONCLUSION

IT IS HEREBY ORDERED that *in forma pauperis* status shall not continue on appeal, as an appeal would be frivolous.

IT IS SO ORDERED.

Dated this 2nd day of December, 2015.

_____
ROBERT C. JONES
United States District Judge